UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

KEITH KNEE,

                        Plaintiff,

              vs.

CHICKEN SOUP FOR THE SOUL
ENTERTAINMENT, INC.,

                        Defendant.

-------------------------------------------------------------- x

Docket No. 24-CV-2876

**STIPULATION
AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, counsel of record for the respective parties herein, as follows:

1. Defendant Chicken Soup for the Soul Entertainment, Inc.'s time to answer or otherwise move with respect to the Complaint is extended through and including June 28, 2024.

2. This Stipulation may be signed in counterparts and signatures by facsimile or electronic mail shall be deemed originals for the purpose of this Stipulation.

Dated: New York, New York
         May 22, 2024

**RICOTTA & MARKS, P.C.**

By: _____
    Matthew Marks, Esq.
2174 Jackson Avenue
Seaford, New York 11783
(347) 464-8694

*Attorneys for Plaintiff*

**GRAUBARD MILLER**

By: _____
    Caryn L. Marcus
The Chrysler Building
405 Lexington Avenue, 44th Floor
New York, New York 10174-4499
(212) 818-8695
cmarcus@graubard.com

*Attorneys for Defendant*

**SO ORDERED:**

_Loretta A. Preska_    05/23/24
_____
**Judge Loretta A. Preska**

750159.1