UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Keith Knee,

                Plaintiff(s),

     -against-

Chicken Soup for the Soul Entertainment, Inc.,

                Defendant(s).

------------------------------------x

24 cv 2876 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: April 8, 2025
New York, New York