# Graubard Miller

The Chrysler Building
405 Lexington Avenue
NEW YORK, N.Y. 10174-4499
(212) 818-8800

facsimile

(212) 818-8881

direct dial number

(212) 818-8695
email address
cmarcus@graubard.com

April 9, 2025

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    Knee v. Chicken Soup for the Soul Entertainment Inc.
                 Case No. 1:24-cv-02876-LAP

Dear Judge Preska:

        Please be advised that this firm no longer represents Chicken Soup for the Soul Entertainment Inc. which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code, 11 U.S.C. § 101 et. seq., in the United States Bankruptcy Court for the District of Delaware on June 28, 2024.

        The case has since been converted to a Chapter 7 liquidation proceeding and remains pending. George Miller has been appointed as the trustee in the bankruptcy proceeding and is represented by Pachulski Stang Ziehl & Jones LLP (copied here).

        Accordingly, the case should continue to be stayed pending the outcome of the bankruptcy.

                                        Respectfully submitted,

                                        Caryn L. Marcus

cc: Alan Kornfeld, Esq. (Via E-Mail akornfeld@pszjlaw.com)

798611.1