# RICOTTA & MARKS, P.C.
*Attorneys at Law*
2174 Jackson Avenue
Seaford, New York 11783
Telephone (347) 464-8694
www.QueensEmploymentAttorney.com

---

June 9, 2025

**<u>Via ECF</u>**
Honorable Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*Knee v. Chicken Soup for the Soul Entertainment, Inc,*</u>
              Docket No.: 24-CV-02876 (LAP)

Dear Judge Preska:

    This office represents Plaintiff, Keith Knee, in the above-referenced matter. We write, in response to the Order of this Court dated April 10, 2025 to advise as to the status of Defendant's bankruptcy proceedings.

    Defendant's case is still proceeding in the United States Bankruptcy Court for the District of Delaware. Accordingly, we respectfully request that this case continue to be stayed pending the outcome of the bankruptcy.

    We thank the Court for its time and attention to this matter.

                                                    Respectfully submitted,

                                                    RICOTTA & MARKS, P.C.

                                                    _____/s_____
                                                            Matthew Marks

cc:      Counsel for Defendants (*via ECF*)