# Graubard Miller

The Chrysler Building
405 Lexington Avenue
NEW YORK, N.Y. 10174-4499
(212) 818-8800

facsimile

(212) 818-8881

direct dial number

(212) 818-8695
email address
cmarcus@graubard.com

June 9, 2025

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   Knee v. Chicken Soup for the Soul Entertainment Inc.
              Case No. 1:24-cv-02876-LAP

Dear Judge Preska:

      Please be advised that this firm no longer represents Chicken Soup for the Soul Entertainment Inc. which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code, 11 U.S.C. § 101 et. seq., in the United States Bankruptcy Court for the District of Delaware on June 28, 2024.

      The case has since been converted to a Chapter 7 liquidation proceeding and remains pending. George Miller has been appointed as the trustee in the bankruptcy proceeding and is represented by Cozen O'Connor (copied here). I have not been authorized by the Bankruptcy Court or the trustee

      Accordingly, the case should continue to be stayed pending the outcome of the bankruptcy.

*[Handwritten: Considering the above to be a motion to withdraw by the Graubard Miller firm, the motion is granted.]*

Respectfully submitted,

Caryn L. Marcus

**SO ORDERED**

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/10/25

cc:  John Carroll, Esq. (Via E-Mail jcarroll@cozen.com)

8#3274.1