# GRAUBARD MILLER

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, N.Y. 10174-4499
(212) 818-8800

FACSIMILE

(212) 818-8881

DIRECT DIAL NUMBER

(212) 818-8695

EMAIL ADDRESS
cmarcus@graubard.com

October 7, 2025

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    Knee v. Chicken Soup for the Soul Entertainment Inc.
               Case No. 1:24-cv-02876-LAP

Dear Judge Preska:

      Please be advised that this firm no longer represents Chicken Soup for the Soul Entertainment Inc. which filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code, 11 U.S.C. § 101 et. seq., in the United States Bankruptcy Court for the District of Delaware on June 28, 2024.

      The case has since been converted to a Chapter 7 liquidation proceeding and remains pending. George Miller has been appointed as the trustee in the bankruptcy proceeding and is represented by Pachulski Stang Ziehl & Jones LLP (copied here). I have not been authorized by the Bankruptcy Court to represent the Chapter 7 trustee. As far as I am aware, the bankruptcy proceeding is ongoing and the automatic stay remains in place.

      Accordingly, the case should continue to be stayed pending the outcome of the bankruptcy.

Respectfully submitted,

Caryn L. Marcus

cc:    Alan Kornfeld, Esq. (Via E-Mail – akornfeld@pszjlaw.com)
       Richard Pachulski, Esq. (Via E-Mail – rpachulski@pszjlaw.com

803274.1